Marion Rabb, administratrix of estate of Ernest Rabb, deceased, appellee, v. Alfred Lenox, appellant. Gen. No. 39,342.

Opinion filed May 10, 1937. Rehearing denied May 24, 1937. Miller, Gorham, Wales & Adams, for appellant; Herbert C. DeYoung, Charles F. White and Robert E. English, of counsel. Paul G. Annes and Charles C. Spencer, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.